AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Joshua Wade Dutton | Case Number: 3-06-MJ-00103-JDR |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about 03-12-2006 through to 3-17-2006 (Date) in _____ County, in the District of Alaska defendant(s) did,

*(Track Statutory Language of Offense)*

Joshua Wade DUTTON did knowingly possess, in or affecting commerce, one loaded firearm after being convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of Alaska at Juneau, Case No. 05-S05-562 CR.

in violation of Title 18 United States Code, Section(s) 922 (g)(1)

I further state that I am a(n) ATF Special Agent and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT REBECCA BOBICH

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☐ No

/s/ Rebecca A. Bobich
Signature of Complainant

Rebecca A. Bobich
Printed Name of Complainant

Sworn to before me and signed in my presence,

at Anchorage, Alaska
City and State

Date June 15, 2006

Mary E. Guss, United States Magistrate Judge     /s/ Mary E. Guss [seal affixed]
Name and Title of Judge                          Signature of Judge