MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs JOSHUA WADE DUTTON         CASE NO: 3:06-mj-00103-JDR
Defendant: X Present   X In Custody

BEFORE THE HONORABLE     PHILIP M. PALLENBERG, MAGISTRATE JUDGE

DEPUTY CLERK/RECORDER:   SUSAN EVANS

UNITED STATES ATTORNEY:  LARRY CARD* FOR DAVID NESBETT

DEFENDANT'S ATTORNEY:    RICH CURTNER* (FRIEND OF THE COURT)

U.S.P.O.:                PAULA McCORMICK*

 *   Telephonic Appearance

PROCEEDINGS: INITIAL APPEARANCE Held: June 19, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:45 p.m. court convened.

X Copy of Complaint w/Affidavit from Rebecca A. Bobich given to
   defendant: read.

X Defendant sworn.

X Defendant advised of general rights, charges and penalties.

X Defendant states true name: JOSHUA WADE DUTTON    Age: 21

X Federal Public Defender appointed; FPD notified.

X Defendant detained/Detention/Preliminary Hearing set for **June 22, 2006 at 1:30 p.m.** before Magistrate Judge Pallenberg. Order of Detention Pending Trial **FILED**.

Adjourned at 1:58 p.m.

DATE: June 19, 2006         DEPUTY CLERK'S INITIALS:   SE