AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

| | District of | **ALASKA** |
|---|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | | **WARRANT FOR ARREST** |
| V. | Case | 3-06-MJ-00103-JDR |
| Joshua Wade DUTTON | | |

To: The United States Marshal
  and any Authorized United States Officer

| YOU ARE HEREBY COMMANDED to | Joshua Wade DUTTON |
|---|---|
| | Name |

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ☐ Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |
|---|---|---|---|---|---|---|
| | | X | | | | |

charging him or her with   (brief description of offense)

Knowingly possessing a firearm and/or ammunition after being convicted in any court of, a crime punishable by imprisonment for a term exceeding one year.

| in violation of Title | 18 | United States Code, Section(s) | 922 (g)(1) |
|---|---|---|---|

**BAIL FIXED AT $**

| MARY E. GUSS | REDACTED SIGNATURE |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| UNITED STATES MAGISTRATE JUDGE | Anchorage, Alaska |
| Title of Issuing Officer | Date and Location |

| **RETURN** | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | |

| DATE RECEIVED 6-15-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6-16-06 | SDUSM LISA Norbert | |

CLERK U.S. DISTRICT COURT
ANCHORAGE, A.K.
SEP 19 2008
RECEIVED